UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2420

_____

MARLA KNUDSEN; WILLIAM DUTRA, AS REPRESENTATIVES
OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF
OF THE METLIFE OPTIONS & CHOICES PLAN,
Appellants

v.

METLIFE GROUP, INC.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:23-cv-00426)
District Judge: Honorable William J. Martini

_____

Argued: May 21, 2024

Before:   RESTREPO, FREEMAN, and MCKEE, *Circuit Judges*.
_____

JUDGMENT
_____

This case came to be considered on the record from the District Court of

the District of New Jersey and was argued on May 21, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on July 18, 2023 is AFFIRMED.  All of the above in accordance with the Opinion of this Court.  Costs shall be taxed in this matter against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 25, 2024